Dawson *v*. Barnes.

---

JULY 21, 1801.

# Noah Dawson *v*. Robert Barnes.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Fleming county.*

It appears that the court below erred in deciding that the verdict of the jury was conclusive, that the right of property in the shingles was in Early; and also refusing to admit the testimony offered by the defendant in the court below, on the trial to prove that the right of property was in him. Therefore, it is considered by the court that the judgment aforesaid be reversed and set aside; that the cause be remanded to the court from whence it came for

new proceedings to be had to commence with empanelling a jury, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.